■ In the Matter of CITY OF GLENS FALLS, Appellant, v NEW YORK STATE AND LOCAL EMPLOYEES' RETIREMENT SYSTEMS et al., Respondents. [635 NYS2d 545] —Appeal from a judgment of the Supreme Court (Keegan, J.), entered January 13, 1995 in Albany County, which, in a proceeding pursuant to CPLR article 78, dismissed petitioner's application as untimely.

Judgment affirmed, upon the opinion of Justice Thomas W. Keegan.

Mikoll, J. P., White, Casey, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, without costs.